**ORIGINAL**

HID EEO 1 (Rev 06/08) Employment Discrimination Complaint

cc: DKW/KSC / TT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 10 2018

at 2 o'clock and 41 min. P M.
SUE BEITIA, CLERK
us

NAME: George R. Cohn
MAILING ADDRESS: P.O. Box 11531
CITY, STATE, ZIP CODE: Honolulu, Hi. 96828
TELEPHONE NUMBER: 808 779-0718
FACSIMILE AND EMAIL (if applicable): Makad@Juno.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

George R. Cohn )   CIVIL NO. CV18 00487 DKW KSC
 )
 )   EMPLOYMENT DISCRIMINATION
 )   COMPLAINT
 )
Plaintiff, )
 )
vs. )
Dan Smith Deputy and )
Acting Director NPS )
1849 "C" Street NW )
 Defendant(s), )
Washington DC 20240 )

1.  Plaintiff resides at:

    Address: 85-933 Bayview ST #115

    City, State & Zip Code: Honolulu, Hi. 96792

    Phone number: 808-779-0718

2.  Defendant is located at:

    Address: 1849 "C" Street NW

    City, State & Zip Code: Washington, DC 20240

EEO 1 - Page 1

3.  This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. § 2000e-5. Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g).

4.  This acts complained of in this suit concern:

    A. ☒ Failure to employ me.

    B. ☐ Termination of my employment

    C. ☐ Failure to promote me.

    D. ☐ Other acts as specified below:

I was not hired for the position(s) at the Valor in the Pacific group of monuments. I got a 91 score without 10pt modification for blindness or 10pts for permanent disability. US armed services veterans get 10pts for Vet status, 10pts for permanent disability and 10 points for a visual handicap. I am legally blind, permanently disabled but I get 0 points as do all blind applicants.

EEO 1 - Page2

5. Defendant's conduct is discriminatory with respect to the following:

- A. ☐ My race or color.
- B. ☐ My religion.
- C. ☐ My sex.
- D. ☐ My national origin.
- E. ☒ Other acts as specified below:

My blindness and permanent disability are disregarded by NPS.

6. The basic facts surrounding my claim of discrimination are:

Veterans receive 10-30 pts. for all Schedule A position announcements on USA jobs. I thought my applications were treated fairly across the board. I worked at USS Arizona Museum Assn. 1999-2000. I read over 150 books on segregation in the military 1776-1954 at UH MANOA dept. of American Studies MA program, including biographic and bibliographic research.

EEO 1 - Page3

7. The alleged discrimination occurred on or about __2015 to present__
   (Date)

9. I filed charges with the Federal Equal Employment Opportunity Commission (or the State of Hawaii Department of Labor and Industrial Relations, Enforcement Division) regarding defendant's alleged discriminatory conduct on or about __2016__.
   (Date)

10. WHEREFORE, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

Dated: __12/10/2018__

__George R C__
Signature of Plaintiff

__George R Cohn__
Plaintiff's Name - printed, or typed.
*(Notarization is not required)*